UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** August 16, 2018

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** Electronic Court Recorder

| TITLE OF CASE: | DOCKET NO. |
| --- | --- |
| M.R. V. STOCKTON UNIVERSITY ET AL | 18-11431(RMB) |
| K.S. V. STOCKTON UNIVERSITY ET AL | 18-11635(RMB) |
| D.N. V. STOCKTON UNIVERSITY ET AL | 18-11932(RMB) |
| S.U. V. STOCKTON UNIVERISTY ET AL | 18-12145(RMB) |
| M.H. V. STOCKTON UNIVESITY ET AL | 18-12678(RMB) |

**APPEARANCES:**
Robert Fuggi, Esq. for Plaintiffs
Michael Sarno, Timothy Mullin and Kevin Kent, Esqs. for Defendants

**NATURE OF PROCEEDINGS:**   Telephone Status Conference
Telephone Status Conference held on the record.
Order to be entered.

*s/Sarah Eckert*
**DEPUTY CLERK**

**TIME COMMENCED:** 4:05 p.m.
**TIME ADJOURNED:**  4:40 p.m.
**TOTAL TIME:**  35 minutes