THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| M.R., <br><br> Plaintiff, <br> v. <br><br> STOCKTON UNIVERSITY, et al. <br><br> Defendants. | **Civil No. 18-11431 (RMB/JS)** |
| K.S., <br><br> Plaintiff, <br> v. <br><br> STOCKTON UNIVERSITY, et al. <br><br> Defendants. | **Civil No. 18-11635 (RMB/JS)** |
| D.N., <br><br> Plaintiff, <br> v. <br><br> STOCKTON UNIVERSITY, et al. <br><br> Defendants. | **Civil No. 18-11932 (RMB/JS)** |
| S.U., <br><br> Plaintiff, <br> v. <br><br> STOCKTON UNIVERSITY, et al. <br><br> Defendants. | **Civil No. 18-12145 (RMB/JS)** |
| M.H., <br><br> Plaintiff, <br> v. <br><br> STOCKTON UNIVERSITY, et al. <br><br> Defendants. | **Civil No. 18-12678 (RMB/JS)** |

**O R D E R**

The Court finding that pursuant to Fed. R. Civ. P. 42(a), when actions involve common questions of law or fact, the Court may order the actions consolidated to promote judicial economy and for purposes of any proceedings that may tend to avoid unnecessary costs or delay (Doug Brady, Inc. v. N.J. Bldg. Laborers Statewide Funds, 250 F.R.D. 171, 176 (D.N.J. 2008) (internal citations omitted)); and the Court further finding that these actions involve common questions of law and fact and similar causes of action; and the Court further finding that consolidation of these matters for discovery and case management purposes will avoid unnecessary costs or delay to all parties involved; and for good cause shown,

IT IS HEREBY ORDERED this 20th day of August, 2018 that the matters of M.R. v. Stockton University, Civil No. 18-11431 (RMB/JS), K.S. v. Stockton University, Civil No. 18-11635 (RMB/JS), D.N. v. Stockton University, Civil No. 18-11932 (RMB/JS), S.U. v. Stockton University, Civil No. 18-12145 (RMB/JS) and M.H. v. Stockton University, Civil No. 18-12678 (RMB/JS) shall be consolidated for *discovery and case management purposes only.*

/s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge