*L. Patricia Sampoli*
*Attorney ID:  015741986*
**YOUNGBLOOD FRANKLIN**
**SAMPOLI & COOMBS, P.A.**
Cornerstone Commerce Center
1201 New Road, Suite 230
Linwood, New Jersey  08221-1159
(609)601-6600 telephone/(609)601-6601 facsimile

Attorneys for:  Deft., Jessie Matsinger
Our File No:  N30364-PS

---

| | |
|---|---|
| M.H. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff(s) | |
| v. | |
| STOCKTON UNIVERSITY, JESSIE MATSINGER, KAREN MATSINGER, JOHN DOES (1-20) (Fictitious Individuals); A-Z OWNER CORPORATIONS (1-20) (Fictitious Corporations), | Docket No.  1:18-cv-12678-RMB-JS  **CIVIL ACTION**  NOTICE OF APPEARANCE ON BEHALF OF DEFT., JESSIE MATSINGER |
| Defendant(s) | |

L. PATRICIA SAMPOLI, ESQUIRE, of the firm Youngblood, Franklin, Sampoli & Coombs, P.A., hereby enters her appearance as counsel for Defendant, Jessie Matsinger, in the defense of the claims against Jessie Matsinger by plaintiff, M.H..

YOUNGBLOOD, FRANKLIN,
SAMPOLI & COOMBS, P.A.

BY: _____
L. Patricia Sampoli, Esquire
Attorney for Deft., Jessie Matsinger

DATED:       September 5, 2018